# United States District Court
### Eastern District of Washington

Post Office Box Holder
Joseph Andrew Salmon, Jr.
Danville, Virginia

*(In the space above enter the full name(s) of the plaintiff(s).)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
SEP 2 3 2020
SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

-against-

CEO Louis DeJoy, USPS
United States Postal Service

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Case No. **2:20-cv-00341-SAB**
(To be filled out by Clerk's Office only)

## COMPLAINT

Jury Demand?
☐ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

I.  PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Salmon, Joseph, A.
Name (Last, First, MI)

P.O. Box 1434, 120 Old Piney Forest Road
Street Address

Danville                    Virginia              24543-1434
County, City                State                 Zip Code

(434) 793-1659              jsalmon403@gmail.com
Telephone Number            E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: DeJoy, Louis
Name (Last, First)

L'Enfant Plaza
Street Address

Washington, D.C.
County, City                State                 Zip Code

Defendant 2: _____
Name (Last, First)

_____
Street Address

_____
County, City                State                 Zip Code

**Defendant(s) Continued**

Defendant 3: _____

Name (Last, First)

_____

Street Address

_____

County, City     State     Zip Code

Defendant 4: _____

Name (Last, First)

_____

Street Address

_____

County, City     State     Zip Code

## II.  BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☑ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

It is illegal for USPS to close a post office without a 90-day notice. There is a pattern of illegal closures by USPS.

## III. VENUE

*This court can hear cases arising out of Click here to enter text.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

National scope of closings.

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: Courthouse Station, 700 Main Street

Date(s) of occurrence: August 22, 2020

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

[What happened to you?]

An August 22, 2020 closing date was posted Friday thru Tuesday for Courthouse Station without a 90-day notice. This post office box holder noticed a pattern of USPS trying to illegally close this post office — and USPS may try again.

All post office box holders will be affected.

Was anyone else involved?

USPS CEO Louis DeJoy ordered closings.

Who did what?

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Bad faith, disservice, hardship on the part of USPS.

## VI. RELIEF

The relief I want the court to order is:

☑ Money damages in the amount of: $ 10 billion

☑ Other (explain):

$10 billion for a pattern / a history of trying to close post office illegally - and USPS may try it again.

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

9/18/2020
Dated

Joseph Andrew Salmon, Jr
Plaintiff's Signature

Salmon, Joseph A.
Printed Name (Last, First, MI)

P.O. Box 1434
120 old Piney Forest Road    Danville    Virginia    24543
Address                       City          State        Zip Code

(434) 793-1659
Telephone Number

jsalmon403@gmail.com
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

# The Washington Post
*Democracy Dies in Darkness*

# At least 21 states plan to sue the Postal Service over service delays, threat to election

By **Amy Gardner** and **Erin Cox**

August 18, 2020 at 3:24 p.m. EDT

At least 21 states planned to file lawsuits this week against the U.S. Postal Service and its new postmaster, Louis DeJoy, seeking to block service changes that have prompted widespread reports of delays and accusations of an intentional effort to thwart voters from mailing their ballots this fall.

The suits, including one filed Tuesday afternoon in federal court in Washington state, will argue that the Postal Service broke the law by making operational changes without first seeking approval from the Postal Regulatory Commission. They will also argue that the changes will impede states' ability to run free and fair elections, officials from several state attorney general's offices told The Washington Post. The Constitution gives states and Congress, not the executive branch, the power to regulate elections.

"We will be taking action to reinstate Postal Service standards that all Americans depend on, whether it's for delivering their prescription drugs or for carrying their very right to vote," Pennsylvania Attorney General Josh Shapiro said at a news conference.

Pennsylvania's suit is being joined by California, Delaware, Maine, Massachusetts and North Carolina, among others. It names DeJoy, the Postal Service and the chairman of the USPS's board of governors, Robert Duncan, as defendants.

Washington Attorney General Bob Ferguson announced his state was filing a separate suit, joined by Colorado, Connecticut, Illinois, Maryland, Michigan, Minnesota, Nevada, New Mexico, Oregon, Rhode Island, Vermont, Virginia and Wisconsin. The lawsuit names President Trump as a defendant, along with the Postal Service and DeJoy, accusing

## make our work possible.

The journalistic resources necessary are immense and growing, and we could not do our work without subscriber support. Subscribe today.

Get one year for $29        Send me this offer

Already a subscriber? **Sign in**

# GENERAL CONSUMER COMPLAINT FORM

---

The Washington State Office of the Attorney General can only process complaints that involve either Washington state residents or businesses located in Washington state.

UPDATE OR ADD TO AN EXISTING COMPLAINT HERE (ContactForm.aspx?subject=UpdateExistingComplaint). DO NOT file a new complaint if you are providing additional information to an existing complaint. Filing a new complaint will delay processing of your complaint.

\* **Required Information**

**Consumer information**

**\*Last Name:** Salmon
**\*First Name:** Joseph
**Middle Name:** Andew

**\*Address:** P.O. Box 1434
**\*City:** Danville
**\*State:** VA
**\*Zip:** 24543

**\*Contact Phone:** (434) 793-1659
**Alternate Phone:**

**\*E-Mail Address:** jsalmon403@gmail.com
**\*Confirm E-Mail Address:** jsalmon403@gmail.com

**Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent? (optional)**

**If English is not your first language, what is your first language?**

**For our statistics, please select your age group: (optional)**
59+

**About your complaint**

 Gmail

Joseph Salmon <jsalmon403@gmail.com>

# AGO Complaint
2 messages

**crcmail@atg.wa.gov** <crcmail@atg.wa.gov>  Fri, Sep 18, 2020 at 11:22 AM
To: jsalmon403@gmail.com

Joseph,

Your complaint has been received by the Consumer Resource Center. We are experiencing longer than usual complaint processing times due to implementation of remote work sites in response to Governor Inslee's statewide proclamation on COVID-19 guidelines. We will continue to answer phones in our call center; however, you may experience delays or connection issues when contacting us by phone. To better serve you, we encourage you to contact us by email if you have any questions about your complaint or if you have trouble reaching us by phone. You may email us at CRC@atg.wa.gov.

Thank you for your patience.

Information Submitted:

**********************************************************

Joseph Andew Salmon
P.O. Box 1434
Danville, VA 24543

Contact Phone: (434) 793-1659
Alternate Phone:
Email: jsalmon403@gmail.com
Age Range: 59+

Are you an active duty service member, a military dependent, retired from active duty, or a veteran:

If English is not your first language, what is your first language:
**********************************************************

Business Name: CEO Louis Dejoy, USPS
L'Enfant Plaza
Washington, DC 24543

Bus Phone:
Email:
Website:

Names and addresses of any other businesses involved in your complaint:


Transaction date: 8/22/2020
Amount in dispute: $10billion

**********************************************************

Explanation of complaint:
Humbly, 8/22/2020 was the posted date for closing Courthouse Station, Danville, Va.. This post office box holder ask $10 billion from USPS for a pattern of intentionally, illegally trying to close the UPSPS office on Main Street. The USPS has tried this closing before and will try it again. Please represent me, I ask $10 billion for this pattern of illegal USPS action.

Complaint as Public Record: Yes
Disclosure Notices: Yes