

9590 9402 5038 9092 0799 52

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box

Joseph A. Salmon, Jr
P.O. Box 1434
Danville Va, 24543-1434

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**SENDER: COMPLETE THIS SECTION**

- Complete items
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Constituent Services
Administrator
Office of Attorney General
202 North Ninth Street
Richmond, Va. 23219

9590 9402 5038 9092 0799 52

2. Article Number (Transfer from service label)

7020 0640 0000 3952 7184

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

OFFICE OF THE ATTORNEY GENERAL
ADMINISTRATION DIVISION

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery