Joseph A. Salmon, Jr.
P.O. Box 1434
Danville, Va. 24543-1434

RETURN RECEIPT REQUESTED

The Honorable
Chief Judge Stanley A. Bastian
P.O. Box 2706
Yakima, WA 98907



RECEIVED

SEP 23 2020

CLERK, US DISTRICT COURT
YAKIMA, WASHINGTON

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT