FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH ANDREW SALMON, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>CEO LOUIS DEJOY, UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | No. 2:20-CV-00341-SAB<br><br>**ORDER TO SHOW CAUSE** |

    The above-captioned action was filed on September 23, 2020. ECF No. 1. Plaintiff has not yet served his Complaint on Defendant. Thus, the Court orders Plaintiff to show cause as to why this case should not be dismissed for failure to prosecute.

//
//
//
//
//
//
//
//
//
//

**ORDER TO SHOW CAUSE # 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. Within **thirty (30)** days from the date of this Order, Plaintiff is directed to **show cause** why this action should not be dismissed for failure to prosecute.

2. The District Court Clerk is directed to enter a case management deadline.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order and provide a copy to *pro se* Plaintiff.

**DATED** this 14th day of May 2021.



                    Stanley A. Bastian
                United States District Judge

**ORDER TO SHOW CAUSE # 2**