FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 13, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH ANDREW SALMON, JR.,<br><br>     Plaintiff,<br><br>          v.<br><br>CEO LOUIS DEJOY, UNITED STATES POSTAL SERVICE,<br><br>     Defendant. | No. 2:20-CV-00341-SAB<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On June 2, 2021, the Court issued an Order Dismissing Complaint with Leave to Amend, ECF No. 13. In the order, the Court dismissed Plaintiff's Complaint, ECF No. 1, and granted him leave to file an Amended Complaint. However, the Court stated "[w]ithin **60 days** from the date of this Order, Plaintiff shall file a First Amended Complaint. **If Plaintiff fails to comply with this order, the action will be dismissed.** Plaintiff **shall not** file any documents with the Court other than his First Amended Complaint." ECF No. 13 at 4.

More than 60 days have passed since the Court issued its order and Plaintiff has still not submitted a First Amended Complaint. Thus, the Court dismisses this action without prejudice.

//

//

//

//

**ORDER DISMISSING ACTION WITHOUT PREJUDICE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **DISMISSED without prejudice** for failure to submit a First Amended Complaint.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide a copy to *pro se* Plaintiff, and **close** the file.

**DATED** this 13th day of September 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION WITHOUT PREJUDICE** # 2